U.S. Bank N.A. v Kollie (2024 NY Slip Op 01834)

U.S. Bank N.A. v Kollie

2024 NY Slip Op 01834

Decided on April 3, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
JOSEPH J. MALTESE
HELEN VOUTSINAS
JANICE A. TAYLOR, JJ.

2022-01097
 (Index No. 66651/14)

[*1]U.S. Bank National Association, etc., respondent,
v
Joseph G. Kollie, appellant, et al., defendants.

Justin F. Pane, P.C., Bohemia, NY, for appellant.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Westbury, NY (Jason W. Creech and Joseph F. Battista of counsel), for respondent.
In an action to foreclose a mortgage, the defendant Joseph G. Kollie appeals from an order of the Supreme Court, Suffolk County (Vincent J. Martorana, J.), dated October 25, 2021. The order, insofar as appealed from, after a hearing to determine whether the plaintiff had standing to commence the action, granted those branches of the plaintiff's motion which were for summary judgment on the complaint insofar as asserted against the defendant Joseph G. Kollie, to strike his answer and dismiss his counterclaims, and for an order of reference.

DECISION & ORDER
Motion by the plaintiff, inter alia, to dismiss the appeal on the ground that it has been rendered academic. By decision and order on motion dated March 1, 2023, that branch of the motion which is to dismiss the appeal was held in abeyance and referred to the panel of Justices hearing the appeal for determination upon the argument or submission thereof.
Upon the papers filed in support of the motion and the papers filed in opposition thereto, and upon the argument of the appeal, it is
ORDERED that the branch of the motion which is to dismiss the appeal is granted; and it is further,
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
Subsequent to the taking of this appeal, in an order dated June 21, 2022, the Supreme Court, inter alia, vacated the order appealed from and directed dismissal of the complaint. Although the plaintiff appealed from the order dated June 21, 2022, the plaintiff's appeal was dismissed for failure to perfect. Accordingly, this appeal is now academic (see Chertok v Chertok , 150 AD2d 327).
BRATHWAITE NELSON, J.P., MALTESE, VOUTSINAS and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court